D#7

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

\* Nov 18 2005 \*

BROOKLYN OFFICE

- - - - - - - - - - - - - - - - - - -x
LES PLACEMENTS JETON BLEU
(1986), INC. and I.M. CORP.,          :

        Plaintiffs,          :       96 CV 6140 (JG)

                                      :

      -against-

                                      :

ISACK ROSENBERG and                   :
ABRAHAM ROSENBERG,

                                      :       **ORDER**

        Defendants.
- - - - - - - - - - - - - - - - - - -x
ISACK ROSENBERG and
ABRAHAM ROSENBERG,                    :

        Plaintiffs,          :

                                      :       05 CV 1369 (JG)

      -against-

                                      :

LES PLACEMENTS JETON BLEU             :
(1986), INC., I. M. CORP. and
MARCEL ADAMS,                         :

        Defendants.          :

- - - - - - - - - - - - - - - - - - -x

    J. P. Morgan Chase Bank Escrow Account No. 907-1120451-65 (the "Escrow Account") having been established pursuant to this Court's Order dated May 6, 2005, to secure the payment of the judgment dated July 23, 1998 in 96 CV 6140; and the parties having advised the Court that they have entered into a settlement agreement with respect to the within matters pursuant to which the funds in the Escrow Account shall be paid over to Jack Hassid, Esq., as attorney for plaintiffs in 96 CV 6140;

It is hereby ORDERED:

1. That all principal and accrued interest in the Escrow Account shall paid to Jack Hassid, Esq. as Attorney for Les Placements Jeton Bleu (1986), Inc. and I. M. Corp.

2. That Jack Hassid, Esq. and Ephraim Savitt, Esq. are hereby authorized to execute all documents required to effectuate the provisions of this Order.

SO ORDERED

Dated: Brooklyn, N.Y.
　　　　November 15, 2005

　　　　　　　　　　　　　　　s/Robert M. Levy
　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　ROBERT M. LEVY
　　　　　　　　　　　　　　　United States Magistrate Judge

-2-

# JACK HASSID, ESQ.
Attorney at Law
460 Park Avenue
10th Floor
New York, New York 10022

Tel: (212) 421-4932
Fax: (212) 421-5086

## TELECOPY COVER SHEET

Date:       November 14, 2005

From:       Jack Hassid

No. pages (including cover sheet) 3

| TO | FIRM | FAX NUMBER |
|---|---|---|
| Leslie Rubin, Esq. | Chambers of Judge Levy | (718) 260-2647 |
| Ephraim Savitt, Esq. | | (212) 679-1844 |

Re:   Les Placements Jeton Bleu v. Rosenberg
         96 CV 6140 (JG)

      Rosenberg v. Les Placements Jeon Bleu
         05 CV 1369 (JG)

Dear Ms. Rubin:

Following up on our conversation wherein I advised you that a settlement has been agreed to in the above matters, I enclose herewith a proposed Order for Judge Levy providing for the release of the funds that are being held in escrow pursuant to the Court's Order of May 6, 2005. Mr. Savitt has agreed to the form of this Order.

I would appreciate it if you could arrange for Judge Levy to physically sign the enclosed Order and fax a copy to me as I believe the bank's attorneys will insist on seeing a sign order as opposed to an electronic order. I would also appreciate it if the signed order could be filed electronically in both cases.

Thank you very much for your assistance in this matter. Please call me if you have any questions.

Jack Hassid

*This telecopy contains privileged and confidential information intended only for the use of the individual(s) or entities named above. If the reader of the telecopy is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of the telecopy is strictly prohibited. If you have received this telecopy in error, please notify us by telephone and return the original telecopy to us at the above address via the U.S. Postal Service. Thank you.*

IF YOU HAVE ANY QUESTIONS OR PROBLEMS RECEIVING THIS FAX PLEASE CALL (212) 421-4932